**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DIVISION**

**BRANDON L. CRUMP,**

    Petitioner,

v.

**WARDEN, ROSS CORRECTIONAL INSTITUTION,**

    Respondent.

**CASE NO. 2:12-CV-513**
**JUDGE ALGENON L. MARBLEY**
**Magistrate Judge Elizabeth A. Preston Deavers**

## OPINION AND ORDER

On February 6, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's recommendations, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **DISMISSED.**

    IT IS SO ORDERED.

                                         s/Algenon L. Marbley
                                         **ALGENON L. MARBLEY**
                                         United States District Judge